IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

---

Civil Action:        23-cv-00902-CNS-STV            Date:  September 5, 2023
Courtroom Deputy:    Julie Dynes                    Court Reporter: Sarah Mitchell

---

| *Parties* | *Counsel* |
|---|---|
| EZEQUIEL BAHENA | *Raymond Bryant* |
| | *Zachary Shiffler* |
| **Plaintiff** | |
| v. | |
| JEREMY SUGAI | *Amy Colony* |
| JOSHUA CURTIS | *Stuart Jorgensen* |
| **Defendants** | |

---

**COURTROOM MINUTES**

---

**ORAL ARGUMENT**

Court in Session:  12:58 p.m.

Appearance of counsel.

**ORDERED:   [36] Motion to Strike is DENIED.**

Argument as to [23] Defendants' Partial Motion to Dismiss by Ms. Colony and Mr. Shiffler with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:   [23] Defendants' Partial Motion to Dismiss by Ms. Colony and Mr. Shiffler with questions from the Court is DENIED.**

Court in Recess:  1:58 p.m.          Hearing concluded.          Total time in Court:  01:00