IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-00902-CNS-SBP

EZEQUIEL BAHENA,

    Plaintiff,

v.

JEREMY SUGAI, and
JOSHUA CURTIS,

    Defendants.

## STIPULATED MOTION TO SUBSTITUTE THE COLORADO STATE PATROL FOR DEFENDANTS SUGAI AND CURTIS, DISMISS SUGAI AND CURTIS WITH PREJUDICE, AND DISMISS THE CASE WITH PREJUDICE

    Plaintiff, Ezequiel Bahena, and Defendants, Jeremy Sugai and Joshua Curtis, submit this Stipulated Motion to Substitute the Colorado State Patrol for Defendants Sugai and Curtis and to Dismiss Sugai and Curtis with Prejudice, and state as follows:

    1.    The Parties stipulate to the substitution of the Colorado State Patrol for Defendants Sugai and Curtis.

    2.    The Parties stipulate to the dismissal of Defendants Sugai and Curtis with prejudice.

    3.    Additionally, Plaintiff, the Colorado State Patrol, and the State of Colorado have fulfilled the terms of the settlement agreement.

    4.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the case with prejudice in its entirety, with each party to bear its own costs and attorney's fees.

WHEREFORE, Plaintiff and Defendants Sugai and Curtis respectfully request an Order from this Court substituting the Colorado State Patrol for Defendants Sugai and Curtis and further dismissing the case with prejudice, with each party to pay their own costs and fees.

Dated this 8th day of August, 2024.

| | |
|---|---|
| **s/ *Zachary L. Shiffler*** | **s/ *Stuart Jorgensen*** |
| Zachary L. Shiffler | Stuart Jorgensen |
| Raymond K. Bryant | Patrick Sayas |
| Civil Rights Litigation Group | Senior Assistant Attorney General |
| 1543 Champa St., #400 | Ralph L. Carr Colorado Judicial Center |
| Denver, CO 80202 | 1300 Broadway, 6th Floor |
| P: 720-515-6165 | Denver, CO 80203 |
| F: 303-534-1949 | T: (720) 508-6603 |
| zach@rightslitigation.com | Stuart.jorgensen@coag.gov |
| raymond@rightslitigation.com | Pat.Sayas@coag.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

2

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 8th day of August, 2024, a true and correct copy of the **STIPULATED MOTION TO SUBSTITUTE THE COLORADO STATE PATROL FOR DEFENDANTS SUGAI AND CURTIS, DISMISS SUGAI AND CURTIS WITH PREJUDICE, AND DISMISS THE CASE WITH PREJUDICE** was electronically sent to the following:

Stuart Jorgensen
Pat Sayas
Assistant Attorneys General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
T: (720) 508-6603
Stuart.jorgensen@coag.gov
Pat.sayas@coag.gov
*Attorneys for Defendants*

*s/ Zachary L. Shiffler*

3